UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN CABREJA,<br><br>                             Plaintiff,<br><br>          -against-<br><br>OTIS BANTUM CORRECTIONAL FACILITY, ET AL.,<br><br>                             Defendants. | 24 CIVIL 9639 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the January 27, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 29, 2025
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge